**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
bgreenberg@litedepalma.com
Attorneys for Plaintiffs and the Class

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA ROBINSON, STACEY JENNINGS, and PRISCILLA MCGOWAN, individually and on behalf of others similarly situated, | Civil Action No.: 2:19-cv-9066 (MEF)(SDA) |
| *Plaintiffs*, | **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| JACKSON HEWITT, INC. and TAX SERVICES OF AMERICA, INC., | |
| *Defendants*. | |

**To: All Counsel of Record by ECF**

  COUNSEL:

PLEASE TAKE NOTICE that on October 11, 2024, the undersigned counsel for Plaintiffs shall move before Hon. Michael E. Farbiarz, U.S.D.J., at the Lautenberg U.S. Post Office & U.S. Courthouse, One Federal Square, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 23(e) granting final approval of the proposed settlement between Plaintiffs and Defendants. Defendants do not oppose this motion.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Plaintiffs will rely on the accompanying Memorandum of Law, Joint Declaration of Jason Hartley, Richard M. Paul III and Joseph R. Saveri, individual Declarations of those attorneys and those of Bruce D.

1

Greenberg and Bernella Osterlund, and the other documents in the Court's file for this matter. A proposed form of Order is submitted herewith.

Dated: August 22, 2024

| | |
|---|---|
| **HARTLEY LLP**<br>Jason S. Hartley (*pro hac vice*)<br>101 West Broadway, Suite 820<br>San Diego, California 92101<br>(619) 400-5822<br>hartley@hartleyllp.com | **LITE DEPALMA GREENBERG & AFANADOR, LLC**<br><br>  /s/ Bruce D. Greenberg<br>Bruce D. Greenberg<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>(973) 877-3820<br>bgreenberg@litedepalma.com |
| **PAUL LLP**<br>Richard M. Paul III (*pro hac vice*)<br>Laura C. Fellows (*pro hac vice*)<br>601 Walnut Street, Suite 300<br>Kansas City, Missouri 64106<br>(816) 984-8100<br>Rick@PaulLLP.com<br>Laura@PaulLLP.com | **FREED KANNER LONDON & MILLEN LLC**<br>Douglas A. Millen (*pro hac vice*)<br>Brian Hogan (*pro hac vice*)<br>2201 Waukegan Road, Suite 130<br>Bannockburn, Illinois 60015<br>(224) 632-4500<br>dmillen@fklmlaw.com<br>bhogan@fklmlaw.com |
| **GUSTAFSON GLUEK PLLC**<br>Daniel E. Gustafson (*pro hac vice*)<br>Amanda M. Williams (*pro hac vice*)<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 333-8844<br>dgustafson@gustafsongluek.com<br>awilliams@gustafsongleuk.com | **JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (*pro hac vice*)<br>Christopher K.L. Young (*pro hac vice*)<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>(415) 500-6800<br>jsaveri@saverilawfirm.com<br>cyoung@saverilawfirm.com |
| **ADHOOT & WOLFSON, PC**<br>Tina Wolfson (*pro hac vice*)<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>(310) 474-9111<br>twolfson@adhootwolfson.com | |

**ATTORNEYS FOR PLAINTIFFS AND PROPOSED CLASS**

1005683.1