UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA ROBINSON, STACEY JENNINGS, & PRISCILLA MCGOWAN, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JACKSON HEWITT, INC. & TAX SERVICES OF AMERICA, INC.,<br><br>*Defendants*. | No. 19-cv-09066(MEF)(SDA)<br><br><u>ORDER</u> |

The capitalized terms used here have the same meanings as defined in the Settlement Agreement.  <u>See</u> ECF 309-3, Exhibit 1.

Plaintiffs' counsel have secured $10,800,000 on behalf of the class.  This is a recovery equal to more than half of the total possible damages in play, as described by the Plaintiffs' expert.  As the Court has previously noted, by the standards of other class action recoveries in general, and by the standards of other antitrust class action recoveries in particular --- a better-than-50% recovery is strong, especially considering that the specific legal theory advanced here has not yet been the subject of an on-point Third Circuit decision.

As to the robust quality of the recovery here, it bears noting that although the class is relatively large --- not a single objection has been made to the settlement.

In addition, plaintiffs' counsel have done excellent and thorough work to ensure that notice is broadly disseminated, so that injured workers are aware of this case, and actually get paid.

And while there was a small hiccup at one point on notice, plaintiffs' counsel ensured that effective corrective steps were promptly taken and that claims-processing fees associated with the error were taken off the top --- so that there is that much

more money available for the class.

Finally, it bears noting that the legal issues raised here are arguably novel. Plaintiffs' counsel prepared multiple rounds of strong briefs as to these issues.

Against this backdrop, the Court has considered each of the factors considered in <u>Gunter</u> v. <u>Ridgewood Energy Corp.</u>, 223 F.3d 190, 195 n.1 (3d Cir. 2000) and <u>In re Prudential Ins. Co. Am. Sales Prac. Litig.</u>, 148 F.3d 283 (3d Cir. 1998).

Class Counsel is awarded attorneys' fees of $3,564,000, equal to approximately 33% of the Settlement Fund Amount, plus reimbursement of out-of-pocket litigation expenses in the amount of $1,686,507.85.

Additionally, Class Representatives Jessica Robinson, Stacey Jennings, and Priscilla McGowan are each awarded $10,000 in connection with their service as representative plaintiffs.

IT IS on this 25th day of November, 2024, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.